```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION

D.W.,                              :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :   CASE NO. 4:24-CV-129-CDL-AGH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
        Defendant.                 :
_____:
```

**ORDER**

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the agency will offer Plaintiff the opportunity for a supplemental hearing and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 27th day of January, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
