```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

D.W.,                             :
                                  :
         Plaintiff,               :
                                  :
v.                                :   CASE NO. 4:24-CV-129-CDL-AGH
                                  :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
         Defendant.               :
                                  :
```

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $10,750.00.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 27th day of February, 2025.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA